| | |
|---|---|
| John van Loben Sels (SBN 201354)<br>jvanlobensels@fishiplaw.com<br>Brian Kim (SBN 309962)<br>bkim@fishiplaw.com<br>FISH IP LAW, LLP<br>2603 Main Street, Suite 1000<br>Irvine, California 92614<br>Telephone:  (949) 943-8300<br>Facsimile:   (949) 943-8358<br><br>Attorneys for Plaintiff, | SHEPPARD, MULLIN, RICHTER &<br>   HAMPTON LLP<br>   A Limited Liability Partnership<br>   Including Professional Corporations<br>HARPER S. BATTS<br>Cal. Bar No. 242603<br>hbatts@sheppardmullin.com<br>LAURA BURSON<br>Cal. Bar No. 204459<br>lburson@sheppardmullin.com<br>CHRISTOPHER PONDER<br>Cal. Bar No. 296546<br>cponder@sheppardmullin.com<br>JEFFREY LIANG<br>Cal. Bar No. 281429<br>jliang@sheppardmullin.com<br>Four Embarcadero Center<br>17th Floor<br>San Francisco, California 94111<br>Telephone:  650.815.2600<br>Facsimile:   650.815.2601<br>Attorneys for Defendant HULU, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| PUCS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>HULU, INC., and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-02302-RGK-KES<br><br>**JOINT STIPULATION TO STAY LITIGATION PENDING OUTCOME OF INSTITUTED IPR PROCEEDINGS**<br><br>Courtroom:     850 Roybal<br>Judge:   The Hon. R. Gary Klausner |

Plaintiff Pucs, Inc. ("Pucs") and Defendant Hulu, LLC ("Hulu"), by and through their respective undersigned counsel of record, hereby agree and stipulate, subject to approval by the Court, to stay this case pending final resolution of the inter partes review ("IPR") proceedings on the patents-in-suit: U.S. Patent No. 10,728,619 ("the '619 Patent").  The Patent Trial and Appeal Board ("PTAB") has instituted IPR on the patent-in-suit, and all patent claims asserted in this action are

under validity review. The parties respectfully provide the following in support of this stipulation to stay the case:

On April 29, 2021, Hulu filed a petition for IPR of the '619 patent. *Hulu, LLC v. Pucs, Inc.*, Case No. IPR2021-00811, Paper 2 (P.T.A.B. Apr. 29, 2021). Pucs is currently asserting claims 1-7 of the '619 patent against Hulu in this action. The '619 patent is the only patent asserted. *Pause Commercials, Inc. v. Hulu, Inc.*, Case No. 2:21-cv-02303, Dkt. #21.

Hulu filed a motion to stay pending inter partes review on May 17, 2021. *Pause Commercials, Inc. v. Hulu, Inc.*, Case No. 2:21-cv-02303, Dkt. #22. This Court denied that motion, but stated that "if the PTAB institute[d] IPR, [Hulu] may bring another motion to stay at that time." *Id.*, Dkt. #33.

On October 8, 2021, the PTAB instituted IPR of the '619 patent, reviewing all remaining claims of the '619 patent. *Hulu, LLC v. Pucs, Inc.*, Case No. IPR2021-00811, Paper 14 (P.T.A.B. Oct. 8, 2021).

In similar situations where an IPR has been instituted, courts in this District have granted joint stipulations to stay. *See, e.g.*, *North Star Innovations Inc. v. Kingston Technology Company, Inc.*, Case No. 8-17-cv-01833, Dkt. #61 (C.D. Cal. Oct. 31, 2018); *see also Realtime Adaptive Streaming LLC v. Adobe, Inc.*, Case No. 2-18-cv-09344, Dkt. #220 (C.D. Cal. Jan. 29, 2020). Accordingly, on the same day the PTAB granted institution of the '619 patent, the parties engaged in communications discussing a stay, resulting in the filing of this joint stipulation.

Resolution of the aforementioned instituted IPR of the '619 patent will simplify issues of validity, infringement and claim construction for all asserted patent claims in this lawsuit. The parties agree that a stay would preserve judicial resources by avoiding unnecessary parallel and duplicative proceedings intended to resolve the same overall dispute, including discovery, expert witnesses, pandemic-travel, briefing and deciding claim construction issues, motion practice, and more.

1       Accordingly, the parties agree and stipulate, subject to approval by the Court, to stay this action pending final resolution of the above-listed petition for IPR, including any appeals to the Federal Circuit.  The parties agree that they will file a Status Report regarding the status of the above IPR proceeding within 10 days of the issuance of a Final Written Decision by the PTAB, and within 10 days of any decision by the Federal Circuit regarding any appeal.

IT IS SO STIPULATED.

Dated: October 14, 2021

Respectfully submitted,

FISH IP LAW, LLP

By: _____*/s/ John Van Loben Sels*_____
       JOHN VAN LOBEN SELS

Attorneys for Plaintiff, Pucs, Inc.

Dated: October 14, 2021

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____*/s/ Harper Batts*_____
       HARPER S. BATTS

Attorneys for Defendant, Hulu, LLC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 14, 2021

By: _____*/s/ John Van Loben Sels*_____
       JOHN VAN LOBEN SELS

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 14, 2021, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

Dated: October 14, 2021

By: */s/ John Van Loben Sels*
JOHN VAN LOBEN SELS